[No. 21054-5-III.  Division Three.  January 28, 2003.]

LENNARD LOPEZ, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-2-00395-4, John E. Bridges, J., entered April 10, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 28061-2-II.  Division Two.  January 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. BOLLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01088-1, M. Karlynn Haberly, J., entered November 9. 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 47964-4-I.  Division One.  February 3, 2003.]

TIM MORRIS, ET AL., *Individually and as Guardian, Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-14519-4, J. Kathleen Learned, J., entered December 29, 2000. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Baker and Agid, JJ.

[No. 48095-2-I.  Division One.  February 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CESAR DAVID ANYA-CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00983-8, Michael F. Moynihan, J., entered February 12, 2001. *Reversed* by unpublished per curiam opinion.